## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ALBERT BROWN**                                                 **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO.: 3:16-cv-00651-WHB-JCG**

**MITCH ADCOCK,** *et al.*                                   **DEFENDANTS**


### ORDER TO SHOW CAUSE

The matter is before the Court *sua sponte*.  On August 23, 2016, Plaintiff filed a Complaint wherein he alleged discrimination based on his race and in retaliation for violation of his rights.  Doc. [1].  On December 23, 2016, the Court entered a Rule 16(a) Initial Order setting the matter for a Telephonic Case Management Conference for January 17, 2017, at 10:30 AM.  *See* Rule 16(a) Initial Order [9]. (12/23/2016).  The Notice directed Plaintiff's counsel to place the telephone call to Judge Gargiulo's chambers with all necessary counsel on the line.  Plaintiff's counsel did not call chambers at the appointed time and date for the Telephonic Case Management Conference. The Court attempted to contact Plaintiff's counsel and was told that Plaintiff's counsel was in court in Madison County.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Counsel for Plaintiff is directed to show cause in writing why monetary sanctions should not be imposed against her for failing to initiate and participate in the telephone conference scheduled for January 17, 2017.  Counsel for Plaintiff shall file a response to the show cause order on or before **January 24, 2017**.

**SO ORDERED**, this the 17th day of January, 2017.

_s/_ _John C. Gargiulo_

JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE