IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALBERT BROWN**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:16-CV-651 WHB-JCG**

**MITCH ADCOCK, IN HIS INDIVIDUAL**     **DEFENDANTS**
**AND OFFICIAL CAPACITIES,**
**MARY CURRIER, IN HER INDIVIDUAL**
**AND OFFICIAL CAPACITIES, AND**
**MISSISSIPPI DEPARTMENT OF**
**HEALTH**

### DEFENDANTS' MOTION TO STRIKE

COME NOW, Defendants Mississippi State Department of Health ("MSDH"), Mitchell Adcock, and Dr. Mary Currier, and move the Court to strike certain evidence offered by Plaintiff in opposition to Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 12(f). As grounds therefore, MDH would show unto the Court as follows:

1. Plaintiff's "Exhibit T – Settlement Correspondence" or "Settlement Correspondence," which Plaintiff has offered in opposition to Defendants' motion for summary judgment is a privileged communication protected by Federal Rule Evidence 408(a)(2). According to Rule 408, "[e]vidence of the following is not admissible--on behalf of any party-- either to prove or disprove the validity or amount of a disputed claim …conduct or a statement made during compromise negotiations about the claim…"

2. The communication within "Exhibit T – Settlement Communication" is a privileged communication made "during compromise negotiations about the claim." Fed. R. Evid. 408(a)(2). Plaintiff acknowledges its status as a settlement communication on page 8 of his Memorandum Brief in Support of Plaintiff's Response to Defendants' Motion for Summary Judgment.

212695.2

3. Throughout the Memorandum Brief in Support of Plaintiff's Response to Defendants' Motion for Summary Judgment, Plaintiff cites Exhibit T – Settlement Correspondence in direct contradiction to the privilege pursuant to Federal Rule of Evidence 408. See Doc. 47 at 3; Doc. 49 at 8, 12, 15, 25, 26.  Plaintiff offers these references to the communication for the sole purpose of proving the validity of his claim. More specifically, Plaintiff attempts to prove that he had "ten years of directly-related experience" making Plaintiff qualified for the DHI position and that MSDH retaliated against him. See Doc. 49, at 15. Plaintiff cannot use this communication to "prove or disprove the validity … of a disputed claim." Fed. R. Evid. 401(a)(2).

4. "The intent of Rule 408 'is to encourage settlements by fostering free and full discussion of the issues.'" *Major Mart, Inc. v. Mitchell Distributing* Co. Inc., 46 F. Supp. 3d 639, 672 (S. D. Miss. 2014) (quoting *Ramada Dev. Co. v. Rauch*, 644 F.2d 1097, 1106 (5th Cir. 1981)). The offered evidence is "the direct product of settlement negotiation[,]" and thus deserves protection as a privileged communication. *Id*.

WHEREFORE, the above stated reasons, Defendants respectfully request the Court to strike the exhibit and all references thereof offered by Plaintiff in opposition to Defendants' Motion for Summary Judgment.[1]

Respectfully submitted, this 6th day of September, 2017.

---

[1] Due to the simple nature of the relief requested, Defendants request that they be excused from the requirement of filing a memorandum brief in accordance with L.U. Civ. R. 7(b)(4).

                       **MITCH ADCOCK, MARY CURRIER, AND THE MISSISSIPPI STATE DEPARTMENT OF HEALTH**

BY:    s/ *Ashley Eley Cannady*

           Armin J. Moeller, Jr., MSB#3399
           Ashley Eley Cannady, MSB#101253
           Balch & Bingham LLP
           188 E. Capitol Street, Suite 1400
           Jackson, MS 39201
           Telephone: (601) 961-9900
           Facsimile: (601) 961-4466
           amoeller@balch.com
           acannady@balch.com

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Lisa M. Ross
    Post Office Box 11264
    Jackson, MS 39283-1264

This the 6th day of September, 2017.

                            s/ *Ashley Eley Cannady*
                            ASHLEY ELEY CANNADY